```
                                    FILED
                                    February 10, 2011
                                    CLERK, U.S. BANKRUPTCY COURT
                                    EASTERN DISTRICT OF CALIFORNIA
                                    D24
```

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | George John Maroudas | **Case No :** | 10-94544 - E - 7 |
| | | **Date :** | 2/9/11 |
| | | **Time :** | 10:00 |
| **Matter :** | [13] - Motion/Application for Relief from Stay [PPR-1] Filed by Creditor U.S. Bank, N.A. (Fee Paid $150) (sbam) <br> [13] - Motion/Application for Adequate Protection [PPR-1] Filed by Creditor U.S. Bank, N.A. (sbam) | | |
| **Judge :** | Ronald H. Sargis | | |
| **Courtroom Deputy :** | Carlene Walker | | |
| **Reporter :** | NOT RECORDED | | |
| **Department :** | E | | |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

## CIVIL MINUTE ORDER

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

The Motion for Relief From the Automatic Stay filed by the creditor having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

IT IS ORDERED that the automatic stay is terminated and vacated to allow U.S. Bank, N.A., and its agents, representatives, successors, and trustee under the trust deed, and any other beneficiary or trustee, and their respective agents and successors under any other trust deed which is recorded against the property to secure an obligation, to exercise any and all rights arising under the promissory note, trust deed, mortgage, lien, and applicable non-bankruptcy law to conduct a non-judicial foreclosure sale and for the purchaser at any such sale obtain possession of the real property commonly known as 1715 Heavenly Way, Ceres, California.

IT IS FURTHER ORDERED that the 14-day stay of enforcement required under Rule 4001(a)(3) is not waived.

No other or additional relief is granted by the court.

Dated: February 10, 2011

By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court